IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES C. MCDAVID,

     Appellant,

v.

                                   Case No. 5D22-2193
                                   LT Case No. 2007-CF-005621

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed January 17, 2023

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Charles C. McDavid, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.